# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00028-FDW-DSC

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, et. al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| BLYTHE DEVELOPMENT COMPANY, et. al., | ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Lee H. Ogburn, Steven A. Book and Ezra S. Gollogly]" (documents ## 9-11) filed February 17, 2014. For the reasons set forth therein, the Motions will be <u>granted</u>

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel of record; <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: 2/18/2014

David S. Cayer
United States Magistrate Judge