# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00028-FDW-DSC

| | |
|---|---|
| **HARTFORD CASUALTY INSURANCE COMPANY, et. al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **BLYTHE DEVELOPMENT COMPANY, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

Before the Court is "Defendant Great American Insurance Company's Motion for Entry of Order Permitting Filing of Declaratory Judgment Counterclaim" (document #59). With Plaintiffs' consent and for the reasons stated therein, the Motion is <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel of record; <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: 4/9/2014

David S. Cayer
United States Magistrate Judge