# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00028-FDW-DSC

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, et. al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| BLYTHE DEVELOPMENT COMPANY, et. al., | ) ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Defendant Blythe Development Company's "Motion to Enlarge Time … to Respond to … [Defendant North River's] Summary Judgment Motion …" (document #70) and "Motion to Enlarge Time … to Respond to … [Hartford Defendants'] Summary Judgment Motion …" (document #71). After conferring with the chambers of the Honorable Frank D. Whitney, the Motions are granted.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: May 2, 2014

David S. Cayer
United States Magistrate Judge