# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-00028-FDW-DSC

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, et. al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| BLYTHE DEVELOPMENT COMPANY, et. al., | ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the Consent Motion to Enlarge the Word Limits for its Response to the Motions for Summary Judgment by North River Insurance Company, Hartford Casualty Insurance Company and Hartford Underwriters Insurance Company. Having conferred with the chambers of the Honorable Frank D. Whitney, the Motion is **GRANTED**.

Blythe Development's word limit for its consolidated response shall be 6,500 words.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: May 15, 2014

David S. Cayer
United States Magistrate Judge