IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:14-cv-00028-FDW-DSC

| | | |
|---|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, and HARTFORD UNDERWRITERS INSURANCE COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| BLYTHE DEVELOPMENT COMPANY, GREAT AMERICAN INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, THE NORTH RIVER INSURANCE COMPANY, FCCI INSURANCE COMPANY, and QBE INSURANCE CORPORATION, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the unopposed Motion to Extend the Word Limit for its Reply to Defendant Blythe Development Company's Brief in Opposition to North River's Motion for Summary Judgment by Defendant The North River Insurance Company ("North River"). Having conferred with the chambers of the Honorable Frank D. Whitney, the Motion is hereby **DENIED**.

**SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge