IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-00028-FDW-DSC

HARTFORD CASUALTY INSURANCE )
COMPANY, et. al., )
 )
        Plaintiffs, )
 )
v. )
 )
BLYTHE DEVELOPMENT COMPANY, )
et. al., )
 )
        Defendants. )

**THIS MATTER** is before the Court following the filing of Defendant FCCI Insurance Company's " … Motion to Quash Subpoenas … " (document #105).

Defendant filed this Motion without first contacting the undersigned's chambers to schedule a telephone discovery conference as required by the "Case Management Order" entered by the Honorable Frank D. Whitney on May 27, 2014. See Document #93 at 5-6.

Accordingly, Defendant FCCI Insurance Company's " … Motion to Quash Subpoenas … " (document #105) is **STRICKEN**. In the event counsel cannot resolve the present dispute without the Court's involvement, they are directed to contact the undersigned's chambers to schedule a telephone conference.

The Clerk is directed to send copies of this Order to counsel of record; and to the Honorable Frank D. Whitney.

        **SO ORDERED**.

Signed: July 10, 2014

David S. Cayer
United States Magistrate Judge