UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00028-FDW-DSC

| | | |
|---|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY AND HARTFORD UNDERWRITERS INSURANCE COMPANY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | ORDER |
| vs. | ) ) | and NOTICE OF HEARING |
| BLYTHE DEVELOPMENT COMPANY, GREAT AMERICAN INSURANCE COMPANY, ZURICH AMERICAN INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, THE NORTH RIVER INSURANCE COMPANY, FCCI INSURANCE COMPANY, AND QBE INSURANCE CORPORATION, | ) ) ) ) ) ) ) ) ) ) | |

1

Defendants/Counterclaimants.    )
                                 )
                                 )

THIS MATTER is before the Court upon the filing of Defendant FCCI Insurance Company's Motion to Dismiss (Doc. No. 125) and Motion for Summary Judgment (Doc. No. 126), as well as Blythe Development Company's Motion for Summary Judgment (Doc. No. 129). For the reasons stated in open court following a hearing on February 3, 2015, these motions are DENIED.

TAKE NOTICE that a pretrial conference will take place on **Wednesday, February 18, 2015, at 9:30 am** in Courtroom #1-1 of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina 28202. Pursuant to the Court's standing orders in this case, the parties' joint proposed pretrial order is due by February 11, 2015. In addition to that joint proposed order, the parties should submit to chambers one copy of the electronic versions of their trial exhibits in PDF format on CD-ROM. The parties should **not** submit a hard copy of trial exhibits.

Furthermore, jury selection in this matter will commence on March 4, 2015, with trial to begin sometime thereafter during the Court's March term. The parties in this matter need not attend docket call on March 2, 2015.

Signed: February 3, 2015

Frank D. Whitney
Chief United States District Judge